IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-00029 OWW |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR A KOSHER DIET IN THE FRESNO COUNTY JAIL |
| v. | |
| ALPHEOUS E. GORDON, aka ORVILLE OWENS | |
| Defendant. | |

On March 19, 2007, the court heard and granted defendant's, Alpheous E. Gordon's, request to receive a kosher food diet while housed in the Fresno County Jail pending trial in this case.

The court issues this written order to facilitate Mr. Gordon's [JID # T00236971, Booking # 0702287] receiving of a kosher food diet while housed, pretrial, in the Fresno County Jail. The Fresno County Jail is hereby ordered to provide Mr. Gordon a kosher food diet or to show cause why it should not by written motion filed within ten court days of the issuance of this order.

IT IS SO ORDERED.

**Dated:   March 20, 2007**              /s/ Oliver W. Wanger
emm0d6                                              UNITED STATES DISTRICT JUDGE