IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-07-029 OWW |
| | ) | |
| | ) | MEMORANDUM DECISION AND ORDER DENYING PETITIONER'S "MOTION TO REMOVE" (Doc. 19) |
| Plaintiff/Respondent, | ) | |
| vs. | ) | |
| ALPHEOUS GORDON, | ) | |
| Defendant/Petitioner. | ) | |

Petitioner, a federal prisoner incarcerated at Florence ADMAX United States Prison in Florence, Colorado, has filed a "motion to remove." By this motion, Petitioner seeks an Order from this Court "to order, this prison to Remove, me to a State Sup'er Max Prison, as Administrative Detention Prison."

Petitioner's motion is DENIED. Petitioner's motion challenges the conditions and location of his confinement. In order to do so, Petitioner must bring a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the district court

for the district in which Petitioner is confined.  *Capaldi v. Pontesso*, 135 F.3d 1122, 1123 (9th Cir.1998); *United States v. Giddings*, 740 F.2d 770, 771-772 (9th Cir.1984); *Brown v. United States*, 610 F.2d 672, 677 (9th Cir.1980).

IT IS SO ORDERED.

**Dated:   February 10, 2009**                           /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE