UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-00029-NONE- |
| Plaintiff–Respondent, | |
| v. | ORDER TERMINATING JULY 27, 2021 MOTION |
| ALPHEOUS GORDON, | (Doc. No. 30) |
| Defendant–Movant. | |

On July 27, 2021, Alpheous Gordon,[1] a federal prisoner proceeding *pro se*, filed a motion "requesting the [court] to respond to [defendant's] motion pending over 4 years now." (Doc No. 30 at 1.) In his pending motion, movant appears to assert violations of his rights under the Fifth Amendment and possibly the Sixth Amendment. (*Id*. at 1.) For reasons set forth in this court's order issued August 27, 2021, (Doc. No. 31 (indicating among other things that it was unclear whether movant sought to raise issues that are properly cognizable under habeas corpus)), movant was given three options:  1) he could request that the court construe his July 27, 2021 filing as a motion brought under 28 U.S.C. § 2255; 2) he could amend his motion and request that the court review the amended motion as a habeas petition; or 3) he could notify the court that he does not wish to have his current filing construed as a motion for habeas relief.  Movant was given until

---

[1] Alpheous Gordon is also known as Orville Owens. (Doc. No. 6.)

1

September 22, 2021 to make his election and was warned that if he did not timely do so, the court would assume movant elected *not* to have the court construe the July 27, 2021 filing as a motion for habeas relief and the motion would be terminated without further review by the court.

Plaintiff failed to timely respond to the court's order. Therefore, the July 2, 20217 motion is terminated. This case shall remain closed.

IT IS SO ORDERED.

Dated:   **October 6, 2021**

UNITED STATES DISTRICT JUDGE

2