UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALPHEOUS GORDON,<br><br>　　　　　Defendant. | No.  1:07-cr-00029-NONE-<br><br><u>ORDER TERMINATING MOTIONS</u><br><br>(Docs. 35, 36, 38) |

　　　　On July 27, 2021, Alpheous Gordon,[1] a federal prisoner proceeding *pro se*, filed a motion "requesting the [Court] respond to [Defendant's] motion pending over 4 years now."  (Doc. 30 at 1.)  In that July 27, 2021 filing, Defendant appeared to assert violations of his rights under the Fifth Amendment and possibly the Sixth Amendment.  (*Id*. at 1.)  In an August 27, 2021 order, the previously assigned district judge indicated, among other things, that it was unclear whether Defendant sought to raise issues that are properly cognizable under habeas corpus.  (Doc. 31.)  Defendant was given three options:  1) he could request that the Court construe his July 27, 2021 filing as a motion brought under 28 U.S.C. § 2255; 2) he could amend his motion and request that the Court review the amended motion as a habeas petition; or 3) he could notify the Court that he does not wish to have his current filing construed as a motion for habeas relief.  (*Id*.)  Defendant

---

[1]  Alpheous Gordon is also known as Orville Owens.  (Doc. No. 6.)

was given until September 22, 2021 to make his election and was warned that if he did not timely do so, the Court would assume Defendant elected *not* to have the Court construe the July 27, 2021 filing as a motion for habeas relief and the motion would be terminated without further review by the Court. (*Id*.) Defendant failed to timely respond to the Court's order. Therefore, the July 27, 2021 motion was terminated. (Doc. 32.)

On December 28, 2021, Defendant filed a document in which he appears to be asking to attach certain documents to other filings bearing dates that do not correspond to any docket entries in this case. (Doc. 35.) He also requests that the Court mark all mail to him as "Special Mail; Legal Mail." (Doc. 35.) On January 31, 2022 and again on March 23, 2022, Defendant filed documents that appear to indicate that he may have previously asked for an extension of time and/or may have attempted to file a document with the Court in September 2021. (Docs. 36, 38.) He further requests that the Court reconsider its prior decisions in this case. (Doc. 38.) Nothing in any of these filings justifies reconsideration of the Court's prior orders in this case. Defendant was provided with clear instructions in the Court's August 27, 2021 order. He still has failed to elect one of the options set forth in that order. Accordingly, to the extent Defendant is requesting reconsideration, that request is DENIED. This case shall remain closed. No further filings of this nature will be accepted.

IT IS SO ORDERED.

Dated:   **April 5, 2022**

UNITED STATES DISTRICT JUDGE